# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMIE S. CUTHBERT, | ) | |
| Plaintiff | ) | No.    06-cv-222 |
| v. | ) | |
| | ) | JUDGE LANCASTER |
| U.S. AIRWAYS, ET AL. | ) | |
| | ) | MAGISTRATE JUDGE LENIHAN |
| Defendants. | ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, Tammie S. Cuthbert, by and through her undersigned counsel, and pursuant to F.R.C.P. 41(a)(l)(i), with no answer or responsive pleading having yet been filed by any defendant in this case, hereby files her notice of voluntary dismissal and voluntarily dismisses this action.

Dated: October 20, 2006

Respectfully Submitted,
LAW OFFICES OF LOIS GLANBY

/s/ Lois Glanby
Lois Glanby, Esquire
PA I.D. No. 80784
152 E. Highland Dr.
McMurray, PA 15317
(724) 942-0524
Counsel for Plaintiff